UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| In re: | § | Case No. 16-20997-JKO |
|---|---|---|
| | § | |
| PRGI, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Kenneth A. Welt, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,662.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $357,876.47 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $348,401.99 | | |

3) Total gross receipts of $706,278.46 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $706,278.46 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $303,401.99 | $303,401.99 | $303,401.99 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $223,984.82 | $45,000.00 | $45,000.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $670,808.18 | $670,808.17 | $357,876.47 |
| General Unsecured Claims (from **Exhibit 7**) | $527,124.72 | $3,741,951.94 | $1,659,674.76 | $0.00 |
| **Total Disbursements** | $527,124.72 | $4,940,146.93 | $2,678,884.92 | $706,278.46 |

4). This case was originally filed under chapter 0 on 08/08/2016. The case was converted to one under Chapter 7 on 09/22/2016. The case was pending for 39 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/24/2020         By: /s/ Kenneth A. Welt
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Claim filed in Excelium Management, LLC 16-21608 | 1124-000 | $34,711.21 |
| Tax Refund | 1229-000 | $5,017.25 |
| American Express Settlement | 1241-000 | $110,000.00 |
| Chase Bank Settlement | 1241-000 | $110,000.00 |
| Mercedes Benz Settlement - Adv #17-01434 | 1241-000 | $99,000.00 |
| Metropolitan Life Ins. Co. & Brighthouse Life Ins. Co. Settlement | 1241-000 | $150,000.00 |
| Settlement with Capital One Bank | 1241-000 | $195,000.00 |
| Settlement with Iryna Lisevych | 1241-000 | $2,550.00 |
| **TOTAL GROSS RECEIPTS** | | $706,278.46 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kenneth A. Welt, Trustee | 2100-000 | NA | $38,563.92 | $38,563.92 | $38,563.92 |
| Kenneth A. Welt, Trustee | 2200-000 | NA | $59.93 | $59.93 | $59.93 |
| International Sureties, Ltd. | 2300-000 | NA | $163.19 | $163.19 | $163.19 |
| Green Bank | 2600-000 | NA | $3,639.62 | $3,639.62 | $3,639.62 |
| Clerk, US Bankruptcy Court | 2700-000 | NA | $1,750.00 | $1,750.00 | $1,750.00 |
| U.S. Trustee Payment Center | 2950-000 | NA | $325.00 | $325.00 | $325.00 |
| Daniel N. Gonzalez for the Benefit of Meland Russin & Budwick, P.A., Attorney for Trustee | 3210-000 | NA | $190,368.50 | $190,368.50 | $190,368.50 |
| Daniel N. Gonzalez for the benefit of Meland Russin & Budwick, P.A., | 3220-000 | NA | $8,131.75 | $8,131.75 | $8,131.75 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee | | | | | |
| ECF #127 dated 8/29/18 Order, Accountant for Trustee | 3410-000 | NA | $59,987.00 | $59,987.00 | $59,987.00 |
| ECF #127 dated 8/29/18 Order, Accountant for Trustee | 3420-000 | NA | $413.08 | $413.08 | $413.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $303,401.99 | $303,401.99 | $303,401.99 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Radice III, LLLC, Admin. Rent (post-petition storage | 6920-000 | NA | $223,984.82 | $45,000.00 | $45,000.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $223,984.82 | $45,000.00 | $45,000.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | $0.00 | $670,808.18 | $670,808.17 | $357,876.47 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $670,808.18 | $670,808.17 | $357,876.47 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Internal Revenue Service | 7100-000 | $0.00 | $24,337.38 | $24,337.38 | $0.00 |
| 1c | Internal Revenue Service | 7300-000 | $0.00 | $27,337.38 | $27,337.38 | $0.00 |
| 2a | Radice III, LLLC | 7100-000 | $360,000.00 | $2,557,277.18 | $475,000.00 | $0.00 |
| 3 | Bankruptcy Estate of Excelium Management, LLC | 7100-000 | $0.00 | $1,023,000.00 | $1,023,000.00 | $0.00 |
| 4 | Astora Womens Health Holdings, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | American Express Centurion Bank | 7200-000 | $0.00 | $110,000.00 | $110,000.00 | $0.00 |
| | Albert Lazo | 7100-000 | $4,981.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Am Infoweb | 7100-000 | $22,500.00 | $0.00 | $0.00 | $0.00 |
| Azuretek IT Solutions | 7100-000 | $1,150.00 | $0.00 | $0.00 | $0.00 |
| Best Call Media | 7100-000 | $1,710.00 | $0.00 | $0.00 | $0.00 |
| Big Tai Unlimited | 7100-000 | $4,000.00 | $0.00 | $0.00 | $0.00 |
| BMI Ventures, Inc | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| Cross Road Associates | 7100-000 | $990.00 | $0.00 | $0.00 | $0.00 |
| Destination Hope | 7100-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
| Ellick BPO Solutions, Inc | 7100-000 | $1,062.00 | $0.00 | $0.00 | $0.00 |
| Host.net | 7100-000 | $1,652.00 | $0.00 | $0.00 | $0.00 |
| MFN, LLC | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| Michell Hammer | 7100-000 | $96,237.00 | $0.00 | $0.00 | $0.00 |
| Modular Document Solutions | 7100-000 | $1,057.72 | $0.00 | $0.00 | $0.00 |
| Nancy J. Flint, P.A | 7100-000 | $1,293.00 | $0.00 | $0.00 | $0.00 |
| Richards Law Group | 7100-000 | $3,362.00 | $0.00 | $0.00 | $0.00 |
| Sabina Faruqui | 7100-000 | $19,100.00 | $0.00 | $0.00 | $0.00 |
| Sycore Busi9ness Solutions | 7100-000 | $30.00 | $0.00 | $0.00 | $0.00 |
| World to World Media, LLC | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $527,124.72 | $3,741,951.94 | $1,659,674.76 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No.: 1
Exhibit 8

| Case No.: | 16-20997-JKO | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | PRGI, INC. | Date Filed (f) or Converted (c): | 09/22/2016 (c) |
| For the Period Ending: | 1/24/2020 | §341(a) Meeting Date: | 10/27/2016 |
| | | Claims Bar Date: | 01/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Cash | $0.00 | $0.00 | | $0.00 | FA |
| 2  Bank Of America Checking | $1,087.00 | $1,087.00 | | $0.00 | FA |
| 3  TD Bank Checking | $575.00 | $575.00 | | $0.00 | FA |
| 4  Accounts receivable 90 days old or less 330,000.00-330,000.00 | $0.00 | $0.00 | | $0.00 | FA |
| 5  Accounts receivable Over 90 days old 1,191,986.00-1,191,986.00 | $0.00 | $0.00 | | $0.00 | FA |
| 6  Tax Refund (u) | $0.00 | $5,017.25 | | $5,017.25 | FA |
| 7  Claim filed in Excelium Management, LLC 16-21608 (u) | $0.00 | $450,956.89 | | $34,711.21 | FA |
| 8  Settlement with Iryna Lisevych (u) | $0.00 | $2,550.00 | | $2,550.00 | FA |
| 9  Mercedes Benz Settlement - Adv #17-01434 (u) | $0.00 | $99,000.00 | | $99,000.00 | FA |
| 10  American Express Settlement (u) | $0.00 | $110,000.00 | | $110,000.00 | FA |
| 11  Chase Bank Settlement (u) | $0.00 | $110,000.00 | | $110,000.00 | FA |
| 12  Metropolitan Life Ins. Co. & Brighthouse Life Ins. Co. Settlement (u) | $0.00 | $150,000.00 | | $150,000.00 | FA |
| **Asset Notes:** ECF #110 Order | | | | | |
| 13  Settlement with Capital One Bank (u) | $0.00 | $195,000.00 | | $195,000.00 | FA |
| **Asset Notes:** ECF #124 dated 7/23/18 Order | | | | | |

**TOTALS (Excluding unknown value)**                                                    **Gross Value of Remaining Assets**
$1,662.00      $1,124,186.14                   $706,278.46                $0.00

**Major Activities affecting case closing:**

| 12/31/2018 | Trustee filed a claim for asset #7. Awaiting the results. |
| 04/16/2018 | Asset #11 - ECF #105 dated 3/26/18 Order |
| 02/28/2018 | Asset #9 - ECF #101 dated 2/21/18 Order |
| 12/31/2017 | Asset #8 - ECF #96 dated 11/29/17 Order |
| | Case still in progress with adversary proceedings |
| 12/31/2016 | Case in progress; 2004 exam of debtor to be held 2/13/17 |

| Initial Projected Date Of Final Report (TFR): | 12/31/2018 | /s/ KENNETH A. WELT |
| Current Projected Date Of Final Report (TFR): | 12/31/2019 | KENNETH A. WELT |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-20997-JKO | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | PRGI, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2386 | Checking Acct #: | ******9701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/8/2016 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 1/24/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2016 | (6) | United States Treasury | Tax refund received from IRS | 1229-000 | $5,017.25 | | $5,017.25 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.26 | $5,010.99 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.08 | $5,002.91 |
| 01/24/2017 | 11001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $1.55 | $5,001.36 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.07 | $4,993.29 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.27 | $4,986.02 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.56 | $4,977.46 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.25 | $4,970.21 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.02 | $4,962.19 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.26 | $4,953.93 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.47 | $4,946.46 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.98 | $4,938.48 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.96 | $4,930.52 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.69 | $4,922.83 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.68 | $4,915.15 |
| 12/15/2017 | (8) | Iryna Lisevych | ECF #96 dated 11/29/17 Order - check came back as NFS 12/20/17. | 1241-000 | $2,550.00 | | $7,465.15 |
| 12/21/2017 | (8) | Iryna Lisevych | ECF #96 dated 11/29/17 Order - check came back as NFS 12/20/17. | 1241-000 | ($2,550.00) | | $4,915.15 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.59 | $4,906.56 |
| 01/16/2018 | (8) | Iryna Lisevych | ECF #96 dated 11/29/17 Order - Replacement check for deposit made on 12/15/17 and returned from bank on 12/21/17 | 1241-000 | $2,550.00 | | $7,456.56 |
| 01/30/2018 | 11002 | International Sureties, Ltd. | Chapter 7 Blanket Bond Premium Allocation Term 1/1/18 - 1/1/19  Bond #016027932 | 2300-000 | | $1.51 | $7,455.05 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $10.04 | $7,445.01 |
| 02/26/2018 | (9) | Mercedes Benz Financial Services USA LLC | ECF #101 dated 2/21/18 Order | 1241-000 | $99,000.00 | | $106,445.01 |

| | | | | SUBTOTALS | $106,567.25 | $122.24 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-20997-JKO | | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|---|
| Case Name: | PRGI, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2386 | | Checking Acct #: | ******9701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/8/2016 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 1/24/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2018 | (10) | American Express Travel Related Services | ECF #100 dated 2/14/18 Motion ECF #104 dated 3/26/18 Order | 1241-000 | $110,000.00 | | $216,445.01 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $32.03 | $216,412.98 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $360.49 | $216,052.49 |
| 04/16/2018 | (11) | JP Morgan Chase & Co. | ECF #105 dated 3/26/18 Order | 1241-000 | $110,000.00 | | $326,052.49 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $412.04 | $325,640.45 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $525.48 | $325,114.97 |
| 06/12/2018 | (12) | Brighthouse Financial | ECF #110 Order | 1241-000 | $150,000.00 | | $475,114.97 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $680.80 | $474,434.17 |
| 07/17/2018 | 11003 | Meland Russin & Budwick, P.A. | Per Order Dated 7/3/18, Doc #115.  First Interim Fee Application 80% | 3210-000 | | $126,510.40 | $347,923.77 |
| 07/17/2018 | 11004 | Meland Russin & Budwick, P.A. | Per Order dated 7/3/18, Doc #115;  First Interim Fee Application Expenses | 3220-000 | | $7,539.20 | $340,384.57 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $685.07 | $339,699.50 |
| 08/10/2018 | (13) | Capital One Services, LLC | ECF #124 dated 7/23/18 Order | 1241-000 | $195,000.00 | | $534,699.50 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $824.53 | $533,874.97 |
| 12/19/2018 | 11005 | Soneet Kapila for the Benefit of KapilaMukamal | ECF #127 dated 8/29/18 Order | * | | $39,802.58 | $494,072.39 |
| | | | ECF #127 dated 8/29/18 Order          $(39,728.00) | 3410-000 | | | $494,072.39 |
| | | | ECF #127 dated 8/29/18 Order          $(74.58) | 3420-000 | | | $494,072.39 |
| 01/28/2019 | 11006 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $160.13 | $493,912.26 |
| 03/22/2019 | (7) | Scott N. Brown, Trustee | ECF #306 dated 2/28/19 Order from Excellium Management,LLC Case #16-21608 interim distribution | 1229-000 | $23,436.21 | | $517,348.47 |
| 06/04/2019 | (7) | Equity Trust Company | ECF #141 Notice of Proposed Sale Outside of the Normal Course of Business.  21-day negative notice without the need for a hearing or an order if no objection was filed. No objections filed.  Funds received. ECF #144 dated 6/12/19 Report of Sale. | 1124-000 | $11,275.00 | | $528,623.47 |

SUBTOTALS     $599,711.21     $177,532.75

Page No: 3     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-20997-JKO | | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|---|
| Case Name: | PRGI, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***2386 | | Checking Acct #: | ******9701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/8/2016 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 1/24/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/11/2019 | 11007 | U.S. Trustee Payment Center | Claim #: ; Amount Allowed: 325.00; Distribution Dividend: 100.00; Account Number: ; | 2950-000 | | $325.00 | $528,298.47 |
| 09/11/2019 | 11008 | Clerk, US Bankruptcy Court | Claim #: ; Amount Allowed: 1,750.00; Distribution Dividend: 100.00; Account Number: ; | 2700-000 | | $1,750.00 | $526,548.47 |
| 09/11/2019 | 11009 | Soneet Kapila for the Benefit of KapilaMukamal | Claim #: ; Amount Allowed: 59,987.00; Distribution Dividend: 100.00; Account Number: ; | 3410-000 | | $20,259.00 | $506,289.47 |
| 09/11/2019 | 11010 | Daniel N. Gonzalez for the Benefit of Meland Russin & Budwick, P.A. | Claim #: ; Amount Allowed: 190,368.50; Distribution Dividend: 100.00; Account Number: ; | 3210-000 | | $63,858.10 | $442,431.37 |
| 09/11/2019 | 11011 | Soneet Kapila for the Benefit of KapilaMukamal | Claim #: ; Amount Allowed: 413.08; Distribution Dividend: 100.00; Account Number: ; | 3420-000 | | $338.50 | $442,092.87 |
| 09/11/2019 | 11012 | Daniel N. Gonzalez for the benefit of Meland Russin & Budwick, P.A. | Claim #: ; Amount Allowed: 8,131.75; Distribution Dividend: 100.00; Account Number: ; | 3220-000 | | $592.55 | $441,500.32 |
| 09/11/2019 | 11013 | Kenneth A. Welt | Trustee Compensation | 2100-000 | | $38,563.92 | $402,936.40 |
| 09/11/2019 | 11014 | Kenneth A. Welt | Trustee Expenses | 2200-000 | | $59.93 | $402,876.47 |
| 09/11/2019 | 11015 | Internal Revenue Service | Claim #: 1; Amount Allowed: 670,808.17; Distribution Dividend: 53.35; Account Number: ; | 5800-000 | | $357,876.47 | $45,000.00 |
| 09/11/2019 | 11016 | Radice III, LLLC | Claim #: 2; Amount Allowed: 45,000.00; Distribution Dividend: 100.00; Account Number: ; | 6920-000 | | $45,000.00 | $0.00 |

SUBTOTALS    $0.00    $528,623.47

Page No: 4 Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 16-20997-JKO | | **Trustee Name:** | Kenneth A. Welt |
| **Case Name:** | PRGI, INC. | | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***2386 | | **Checking Acct #:** | ******9701 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 8/8/2016 | | **Blanket bond (per case limit):** | $52,222,000.00 |
| **For Period Ending:** | 1/24/2020 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | | |
|---|---|---|---|---|---|
| | | TOTALS: | | $706,278.46 | $706,278.46 | $0.00 |
| | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | Subtotal | | $706,278.46 | $706,278.46 | |
| | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | Net | | $706,278.46 | $706,278.46 | |

**For the period of  8/8/2016 to 1/24/2020**

| | |
|---|---|
| Total Compensable Receipts: | $706,278.46 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $706,278.46 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $706,278.46 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $706,278.46 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/07/2016 to 1/24/2020**

| | |
|---|---|
| Total Compensable Receipts: | $706,278.46 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $706,278.46 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $706,278.46 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $706,278.46 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 5    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 16-20997-JKO | |
| Case Name: | PRGI, INC. | |
| Primary Taxpayer ID #: | **-***2386 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 8/8/2016 | |
| For Period Ending: | 1/24/2020 | |

| | |
|---|---|
| Trustee Name: | Kenneth A. Welt |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******9701 |
| Account Title: | |
| Blanket bond (per case limit): | $52,222,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $706,278.46 | $706,278.46 | $0.00 |

| For the period of 8/8/2016 to 1/24/2020 | | For the entire history of the case between 09/22/2016 to 1/24/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $706,278.46 | Total Compensable Receipts: | $706,278.46 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $706,278.46 | Total Comp/Non Comp Receipts: | $706,278.46 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $706,278.46 | Total Compensable Disbursements: | $706,278.46 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $706,278.46 | Total Comp/Non Comp Disbursements: | $706,278.46 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ KENNETH A. WELT

KENNETH A. WELT